IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLANIA

MAKETA S. JOLLY,     :
   Plaintiff      :  Civ. No. 2:21-cv-02933
v.           :
           :
HOME PARTNERS OF AMERICA, et al. :
   Defendants     :

**DEFENDANTS' STATUS REPORT**

Plaintiff, Maketa S. Jolly ("Jolly"), filed a Complaint (Doc. No.1) against Home Partners of America, HP Pennsylvania, LLC 1, and HPA-Borrower-MS-1 (collectively "HPA) on July 7, 2021.  Jolly also filed an Emergency Motion to Stay Eviction (Doc. No. 3), Emergency Motion to Strike Invalidation of CDC Order (Doc. No. 4), and a "Motion to Transfer from State Court Change of Venue 18 U.S. Code § 2315, Statue [sic] of Frauds, Fourteeth [sic] Amendment & First Amendment Privacy Intrusion's" (Doc. No. 5).

On July 22, 2021, the Hon. Paul S. Diamond entered an Order dismissing the Complaint and denying the motions (Doc. No. 8).  On July 23, 2021, Jolly filed a Notice of Appeal to the Third Circuit Court of Appeals (Doc. No. 11).  On July 26, 2021, Jolly filed an Objection to Order (Doc. No. 11), which the Third Circuit has identified as a post-decision motion.

On July 28, 2021, the Clerk of the Third Circuit entered an Order staying the appeal until the disposition of the Objection to Order (Doc. No. 13).  The July 28, 2021 Order also directed the parties to file written reports by August 27, 2021.

Subsequently, on August 19, 2021, Jolly filed a letter addressed to the Federal District Court Executive Committee (Doc. No. 14).  On August 11, 2021, Jolly filed a document in the Third Circuit titled "Violation of United States Securities Exchange Commission 10(B)5 Fair

Debt Collection Practices Act, RICO Act, New Evidence 17 C.F.R. § 240.10B-5 (2014). 15 U.S. Code § 78U-4 – Private Securities Litigation" (3rd Cir. Doc. No. 4).

At the present time, Defendants have not been served with the Complaint, summons, or any other documents filed in this case.  Additionally, the July 22, 2021 Order dismissing the case was entered prior to and without Defendants' involvement in the lawsuit.  Based upon Defendants' review of the filed documents and Judge Diamond's July 22, 2021 Order, Defendants position is that the Eastern District of Pennsylvania should properly deny Jolly's post-decision motion.  Further, the Third Circuit should properly affirm the July 22, 2021 Order.

HIGH SWARTZ LLP


By: _____
    Kevin Cornish, Esq.
    40 East Airy Street
    Norristown, PA 19404
    610-275-0700
    kcornish@highswartz.com
    Attorney for Defendants

Date: August 27, 2021